| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 12/2/2022 |

**FERGUSON,**

                  **Petitioner,**

        -against-                          22-cv-08026 (ALC)

**BAROMETRE,**                                   **ORDER**

                  **Respondent.**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Respondent's letter requesting an extension to answer Petitioner's petition for a writ of habeas corpus. ECF No. 7. In his letter, the Respondent explained that he did not seek Petitioner's consent.

      The Petitioner is hereby **ORDERED** to respond to Respondent's request by December 7, 2022.  The Respondent is hereby **ORDERED** to serve this order and his request for an extension on Petitioner by first class mail and file proof of service by December 5, 2022.

**SO ORDERED.**

Dated:    December 2, 2022
              New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**