```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/22/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERGUSON,

                Petitioner,

      -against-                      22-cv-08026 (ALC)

BAROMETRE,                     **ORDER**

                Respondent.

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Petitioner's letter indicating he never received the Respondent's answer to the Petition. ECF No. 15. Respondent filed the opposition on February 1, 2023, in accordance with the Court's Order, ECF No. 10, granting an extension. *See* Answer, ECF No. 13.

      The Clerk of the Court is respectfully directed to mail this Order and the Respondent's opposition to the Petitioner, who is proceeding pro se.

**SO ORDERED.**

Dated:    June 22, 2023
              New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**