USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERGUSON,

                Petitioner,

-against-

BAROMETRE,

                Respondent.

22-cv-8026 (ALC)

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    The Court will hold a telephonic conference in this action on **November 8, 2023 at 12:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**. Respondent is instructed to please provide a copy of this Order to the Warden of Otisville Correctional Facility so the pro se Petitioner may participate via telephone.

SO ORDERED.

Dated:    November 1, 2023
             New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**