USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/16/2023__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FERGUSON,**

               Petitioner,

         -against-

**BAROMETRE,**

               Respondent.

**22-cv-08026 (ALC)**

**Order**

**ANDREW L. CARTER, United States District Judge:**

In follow-up from the Conference:

- **November 20, 2023:** The Petitioner is hereby **ORDERED** to file their updated contact information with the Clerk of Court.
- **November 17, 2023:** The Respondent is hereby **ORDERED** to provide Petitioner with copies of the Petition and Answer filed in this case and their related/referenced documents.
- **January 5, 2024:** The Petitioner is hereby **ORDERED** to file their Reply, if any, on or before this date.

**SO ORDERED.**

**Dated:  November 16, 2023**
        New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**