```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/23/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**FERGUSON,**

                Petitioner,

    -against-

**BAROMETRE,**

                Respondent.

**22-cv-08026 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

    Given Petitioner's failure to file a response to this Court's prior Order to Show Cause docketed at ECF No. 22, the Court construes the petition for a writ of habeas corpus as fully briefed.

    The Clerk of the Court is respectfully directed to mail this Order to Plaintiff's updated address as memorialized at ECF No. 21.

**SO ORDERED.**

**Dated:  February 23, 2024**
          New York, New York

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**